# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Huizhou Wokeer Electronic Technology Co., Ltd.
                                            Plaintiff,

v.                                                                       Case No.: 1:24−cv−07822
                                                                       Honorable Maria Valdez

Kenashii LLC,
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable Maria Valdez: In light of the superseding motion, Defendant's Motion to Dismiss [11] is stricken as moot. The parties' joint request to reset the briefing schedule on the motion to dismiss [18] is granted. The briefing schedule is stricken, to be reset at a later date if necessary. A joint report on the status of settlement discussions shall be filed by 1/17/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.