# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Huizhou Wokeer Electronic Technology Co., Ltd.

Plaintiff,

v.

Kenashii LLC,

Defendant.

Case No.: 1:24–cv–07822

Honorable Maria Valdez

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

MINUTE entry before the Honorable Maria Valdez: On 3/28/25, the Court ordered any responses to Plaintiff's Notice of Voluntary Dismissal to be filed by 4/4/25. Instead of filing a brief in opposition as requested, Defendant filed a letter motion/brief asking that the Court "refrain from accepting" the notice and instead seeking leave to file its Answer with Counterclaims. Defense counsel is cautioned that he should familiarize himself with the practice and procedures in this district, which include the filing of properly supported motions and responsive briefs rather than letters. Defendant's Motion for Leave to File Answer with Counterclaims [35] is denied without prejudice pending the resolution of the issue of voluntary dismissal. Defendant's response to the notice is now due by 4/9/25. Plaintiff's reply, if any, shall be filed by 4/14/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.